UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE SEARCH WARRANT

Misc. No. *1:18 MJ 431 LDA*

## MOTION TO SEAL

The United States of America, by and through its attorneys, Stephen G.

Dambruch, United States Attorney, and Richard W. Rose, Assistant United States

Attorney, moves that this Motion to Seal and the attached Application for Search

Warrant, Supporting Affidavit, and Search Warrant be sealed until further Order of this

Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

STEPHEN G. DAMBRUCH
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Richard.Rose@usdoj.gov

SO ORDERED:

LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DATE: *12/6/18*