UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE SEARCH WARRANT

Misc. No. 1:18MJ431 LDA

**MOTION TO SEAL**

The United States of America, by and through its attorneys, Stephen G. Dambruch, United States Attorney, and Richard W. Rose, Assistant United States Attorney, moves that this Motion to Seal and the attached Application for Search Warrant, Supporting Affidavit, and Search Warrant be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

STEPHEN G. DAMBRUCH
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: Richard.Rose@usdoj.gov

SO ORDERED:

_____
LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE
DATE: 12/6/18